PASCUAL, Respondent, v. RODRIQUEZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Benedicto Pascual against Jose

Rodriquez and another. No opinion. Appeal from judgment of the Municipal Court dismissed on argument, with costs.

PAYNE et al., Appellants, v. BAKER, SMITH & CO., Respondents. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Benjamin W. Payne and another against Baker, Smith & Co. M. S. Lynch, for appellants. C. A. Brodek, for respondents. No opinion. Judgment affirmed, with costs. Order filed.